# UNITED STATES DISTRICT COURT

Southern District of Georgia
Savannah Division

UNITED STATES OF AMERICA

v.

Ricky Anthony Jennings,
aka Darrell Brown

)
)
)
)
)
)
)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number:    4:07CR00383-1

USM Number:    13373-021

Stan Keith Fitzgerald
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | June 2, 2013 |
| 2 | The defendant left the judicial district without the permission of the Court or the probation officer (standard condition). | June 2, 2013 |

The defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's SSN: 2108

Defendant's Year of Birth: 1960

City and State of Defendant's Residence:
Augusta, Georgia

November 3, 2014
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court

Name and Title of Judge

DEC. 3, 2014

Date

DEFENDANT: Ricky Anthony Jennings, aka Darrell Brown
CASE NUMBER: 4:07CR00383-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>time served.</u> <u>The defendant shall remain in custody of the U.S. Marshals Service until he can be transferred by the U.S. Marshals Service to an appropriate Veteran's Administration facility.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     Ricky Anthony Jennings, aka Darrell Brown
CASE NUMBER:     4:07CR00383-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 5.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | | | $55,092.78 |

☐    The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| SunTrust Bank<br>Attn: Tim McMillian<br>Re: Case Number 2007017730<br>33 Bull Street, 3rd Floor<br>Savannah, Georgia 31401 | | $25,611.63 | 46.5% |
| Security Bank<br>Attn: Charles Blackenship<br>Re: Restitution for<br>Account Number 96539<br>P.O. Box 4748<br>Macon, Georgia 31208 | | $3,701.25 | 6.7% |
| United Community Bank<br>Attn: Wank Davis<br>Re: River Rats/Mudcat Charlie's<br>2461 Demere Road<br>St. Simons Island, Georgia 31522 | | $7,593.75 | 13.8% |

***SEE ADDITIONAL RESTITUTION PAYEES Page 6***

☐    Restitution amount ordered pursuant to plea agreement

☐    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐   the interest requirement is waived for    ☐   fine    ☐   restitution.

     ☐   the interest requirement for    ☐   fine    ☐   restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:         Ricky Anthony Jennings, aka Darrell Brown
CASE NUMBER:       4:07CR00383-1

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Sea Island Bank<br>Attn: Cindy Kirkland<br>Re: Restitution for Account Number 82651<br>P.O. Box 568<br>Statesboro, Georgia 30459 | | $7,188.70 | 13.1% |
| The Coastal Bank<br>Attn: Paul Johnson<br>Re: Account Number 157818<br>P.O. Box 169<br>Hinesville, Georgia 31310 | | $3,591.25 | 6.5% |
| Bryan Bank and Trust<br>Attn: Runette Parker<br>Re: A and A Turf Works<br>P.O. Box 1299<br>Richmond Hill, Georgia 31324 | | $3,595.70 | $6.5 |
| Ameris Bank<br>Attn: Joyce Clark<br>P.O. Box 1935<br>Kingsland, Georgia 31548 | | $3,810.50 | 6.9% |
| Totals: | | $55,092.78 | 100% |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:        Ricky Anthony Jennings, aka Darrell Brown
CASE NUMBER:      4:07CR00383-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payment of $55,092.78 is due immediately.

    ☐ not later than              , or
    ☐ in accordance    ☐ C,    ☐   D   ☐    E, or   ☐    F below; or

**B**  ☐  Payment to begin immediately (may be combined with     ☐   C,    ☐   D, or    ☐   F below); or

**C**  ☐  Payment in equal      *(e.g., weekly, monthly, quarterly)* installments of $        over a period of      *(e.g., months or years)*, to commence        *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal      *(e.g., weekly, monthly, quarterly)* installments of $        over a period of      *(e.g., months or years)*, to commence        *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within      *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Pursuant to 18 U.S.C. § 3572(d)(3), the defendant shall notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fine.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.